United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01258-MJC |
| John R. Waznak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: ntcnfhrg | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John R. Waznak, 1213 Court Street, Scranton, PA 18508-2103 |
| 5483990 | + | Allied Services, Attn: Kelly Haffner, Collection Coordina, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 5483991 | + | Cascade Capital, LLC, 1383 N. McDowell Blvd., Ste. 210, Petaluma, CA 94954-1190 |
| 5490750 | + | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5490751 | + | City of Scranton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5483992 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5483994 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5483995 | + | Land Home Financial Services, 3611 S. Harbor Blvd., Suite 100, Santa Ana, CA 92704-7915 |
| 5492830 | + | Land Home Financial Services, Inc., P.O. Box 25164, Santa Ana, CA 92799-5164 |
| 5483996 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5483999 | + | NE PA Nephrology Assoc., PC, 1300 Wheeler Ave., 1st Fl, Dunmore, PA 18512-2834 |
| 5483998 | + | Nationwide Recovery System, 3000 Kellway Dr., Ste. 108, Carrollton, TX 75006-3304 |
| 5484000 | + | Northeast Ambulatory Surgery Center, 350 Laird St, Wilkes-Barre, PA 18702-6982 |
| 5484003 | | Pennsylvania Physician Services, LLC, 5665 New Northside Dr., Atlanta, GA 30328-5831 |
| 5484004 | + | Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5484005 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5484006 | | Scranton Emergency Group, 746 Jefferson Ave., Scranton, PA 18510-1624 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5483989 | + | Email/Text: mnapoletano@ars-llc.biz | Nov 15 2022 18:49:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5485413 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 15 2022 18:49:00 | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014-3001 |
| 5483997 | ^ | MEBN | Nov 15 2022 18:47:46 | Lendmark Financial Services, PO Box 2969, Covington, GA 30015-7969 |
| 5484001 | | Email/Text: bankruptcies@penncredit.com | Nov 15 2022 18:49:00 | Penn Credit Corp., 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5484002 | | Email/Text: csc.bankruptcy@amwater.com | Nov 15 2022 18:49:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 5484007 | ^ | MEBN | Nov 15 2022 18:47:49 | Synergetic Communications, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 5493702 | | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2022 18:58:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5483993 | *+ | John R. Waznak, 1213 Court Street, Scranton, PA 18508-2103 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor EARNEST INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Tullio DeLuca | on behalf of Debtor 1 John R. Waznak tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John R. Waznak,<br>aka John Waznak, aka John Robert Waznak, | Chapter 13 |
| **Debtor 1** | Case No. 5:22−bk−01258−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 13, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: December 20, 2022<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 15, 2022 |

ntcnfhrg (08/21)