# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 24, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: John R. Waznak
    Chapter 13 Bankruptcy
    Case No. 5:22-bk-01258

Dear Sir/Madam:

 I have received returned mail for Pennsylvania American Water, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was P.O. Box 578, Alton, IL 62002-0578. The correct information is as follows:

    Pennsylvania American Water
    P.O. Box 2798
    Camden, NJ 08101-2700

I served the Notice and Second Amended Chapter 13 Plan at the above address on January 9, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

    Very truly yours,

    /s/ Tullio DeLuca, Esquire

TD/km