UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JOHN R. WAZNAK : CHAPTER 13
          Debtor. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EARNEST, INC :
          Movant, :
:
   vs. :
JOHN R. WAZNAK : CASE NO. 5-22-01258
          Respondents. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OBJECTION TO CERTIFICATION OF DEFAULT**

NOW COMES, John R. Waznak, the above Debtor, by and through his counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

    1. On November 17, 2022, Movant filed a Motion for Relief from the Automatic Stay due to a default in monthly payments.

    2. On October 6, 2023, Movant filed a Certificate of Default stating that the Debtor has failed to cure the arrears.

    3. Debtor Counsel in attempting to contact the Debtor to ascertain if payments were made and/or if Debtor is in possession of payments to cure the alleged default.

    4. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

    WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the granting of relief from the automatic stay.

                               Respectfully submitted,

Date: October 9, 2023       /s/Tullio DeLuca
                              Tullio DeLuca, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN R. WAZNAK | : | CHAPTER 13 |
| Debtor. | : | |

*********************************************************************

| | | |
|---|---|---|
| EARNEST, INC | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| JOHN R. WAZNAK | : | CASE NO. 5-22-01258 |
| Respondents. | : | |

*********************************************************************

## CERTIFICATE OF SERVICE

*********************************************************************

The undersigned hereby certifies that on October 9, 2023 he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

    Brian Nicholas, Esq.  at bnicholas@kmllawgroup.com


Date of Mailing: October 9, 2023     /s/Tullio DeLuca
                                                 Tullio DeLuca, Esquire