UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-22-01258-MJC

JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on December 8, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Amend the plan within 14 days curing arrears.

As of December 8, 2023, the Debtor(s) is/are $2,810.00 in arrears with a plan payment having last been made on October 30, 2023.

In accordance with said stipulation, the case may be dismissed.

Dated: December 8, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-22-01258-MJC

Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 8, 2023, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
JOHN R. WAZNAK
1213 COURT STREET
SCRANTON PA 18508

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 8, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com