# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

CASE NO: 5-22-01258-MJC

        Respondent(s)

## Withdrawal of Certificate of Default

AND NOW, on January 3, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Certificate of Default filed on December 8, 2023, be withdrawn.

        Respectfully submitted,

        /s/ Agatha R. McHale, Esquire
        ID: 47613
        Attorney for Movant
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK, JOHN WAZNAK

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK, JOHN WAZNAK

Respondent(s)

CHAPTER 13

CASE NO: 5-22-01258-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 3, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

OFFICE OF THE UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

Served by First Class Mail
JOHN R. WAZNAK
1213 COURT STREET
SCRANTON PA 18508

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 3, 2024

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com