UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JOHN R. WAZNAK :
 :
        Debtor(s) : CASE NO. 5-22-01258

*********************************************************************************************

## CERTIFICATE OF CONCURRENCE

*********************************************************************************************

     I, Tullio DeLuca, Esquire, Counsel for Debtor, certify that I concur with

the withdrawal of the Trustee's Certificate of Default.

          /s/Tullio DeLuca
         Tullio DeLuca, Esquire
         PA ID# 59887
         381 N. 9th Avenue
         Scranton, PA 18504
         (570) 347-7764