UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

       Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
       Movant

vs.

JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

CASE NO: 5-22-01258-MJC

       Respondent(s)

## Amended Withdrawal of Certificate of Default

AND NOW, on January 3, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Certificate of Default filed on December 8, 2023, be withdrawn with the debtor's attorney's consent.

    Respectfully submitted,

    /s/ Agatha R. McHale, Esquire
    ID: 47613
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK, JOHN WAZNAK

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK, JOHN WAZNAK

Respondent(s)

CHAPTER 13

CASE NO: 5-22-01258-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 3, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA  18504-

OFFICE OF THE UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG PA  17102

<u>Served by First Class Mail</u>
JOHN R. WAZNAK
1213 COURT STREET
SCRANTON  PA  18508

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 3, 2024

/s/  Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com