# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 23, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: John R. Waznak
        Chapter 13 Bankruptcy
        Case No. 5:22-bk-01258

Dear Sir/Madam:

I have received returned mail for **Cascade Capital, LLC,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 1383 . McDowell Blvd, Ste 210 Petaluma, CA 94954-1190. The correct information is as follows:

        Cascade Capital, LLC
        5341 Old Redwood Hwy
        Petaluma, CA 94954

I served the Notice of Chapter 13 Plan at the above address on December 22ⁿᵈ, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as