**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9th AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 2, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

> In Re: John R. Waznak
> Chapter 13 Bankruptcy
> Case No. 5:22-bk-01258

Dear Sir/Madam:

I have received returned mail for **Pennsylvania American Water,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: P.O. Box 578 Alton, IL 62002-0578. The correct information is as follows:

> Pennsylvania American Water
> 2699 Stafford Avenue
> Scranton, PA 18505

I served the Notice to Creditors at the above address on January 9th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/as