**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 8, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: John R. Waznak
    Chapter 13 Bankruptcy
    Case No. 5:22-bk-01258

Dear Sir/Madam:

 I have received returned mail for **Nationwide Recovery Services**, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 3000 Kellway Dr., Ste 108 Carrollton, TX 75006-3304. The correct information is as follows:

    Nationwide Recovery Services
    2461 Seneca St.
    Buffalo, NY 14210

I served the Notice to Creditors at the above address on December 29th, 2023. Please correct the mailing matrix.

 Thank you for assistance in this matter.

      Very truly yours,

      /s/ Tullio DeLuca, Esquire

TD/as