UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-22-01258-MJC

JOHN R. WAZNAK
AKA: JOHN ROBERT WAZNAK,
JOHN WAZNAK

    Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on May 22, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- voluntarily dismiss their case within 5 days of the stipulation date.
- make the regular monthly payments to the trustee during the remaining term of the plan

As of May 22, 2024, the Debtor(s) is/are $3628.00 in arrears with the most recent payment having been made on October 30, 2023.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: May 22, 2024

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JOHN R. WAZNAK<br>AKA: JOHN ROBERT WAZNAK,<br>JOHN WAZNAK | CHAPTER 13 |
| | Debtor(s) | |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-22-01258-MJC |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 22, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

JOHN R. WAZNAK
1213 COURT STREET
SCRANTON PA 18508

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 22, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com