THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:                                          :
                                                :        **CASE NO. 5-22-01258**
John R. Waznak                                  :
                                                :        **CHAPTER 13**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO
## CERTIFICATE OF DEFAULT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, the Debtor, John R. Waznak, by and through his
attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Objection
to Trustee's Certificate of Default.   Trustee consents to the withdrawal.

Respectfully submitted,


Date:  June 17, 2024                      /s/Tullio DeLuca
                                          Tullio DeLuca, Esq.,
                                          PA ID# 59887
                                          Attorney for Debtor
                                          381 N. 9th Avenue
                                          Scranton, PA 18504

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

**************************************************************************

IN RE:                              :
                                    :     **CASE NO. 5-22-01258**
John R. Waznak                      :
                                    :     **CHAPTER 13**


*******************************************************************************************

## CERTIFICATE OF SERVICE

*******************************************************************************************

The undersigned hereby certifies that on June 17, 2024, he caused a true

and correct copy of Debtor's Praecipe to Withdraw Debtor's Objection to the

Certificate of Default, to be served via electronic filing on the following CM/ECF

users:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com


Date:   June 17, 2024              /s/Tullio DeLuca
                                   Tullio DeLuca, Esq.