United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John R. Waznak  
    Debtor

Case No. 22-01258-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 20, 2024      Form ID: pdf010      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John R. Waznak, 1213 Court Street, Scranton, PA 18508-2103 |
| 5483990 | + | Allied Services, Attn: Kelly Haffner, Collection Coordina, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 5490750 | + | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5490751 | + | City of Scranton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5483992 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5483996 | ++ | LAW OFFICE OF TULLIO DELUCA, 381 N 9TH AVENUE, SCRANTON PA 18504-2005 address filed with court:, Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5483994 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5492830 | + | Land Home Financial Services, Inc., P.O. Box 25164, Santa Ana, CA 92799-5164 |
| 5483999 | + | NE PA Nephrology Assoc., PC, 1300 Wheeler Ave., 1st Fl, Dunmore, PA 18512-2834 |
| 5483998 | + | Nationwide Recovery System, 2461 Seneca St, Buffalo, NY 14210-2607 |
| 5484000 | + | Northeast Ambulatory Surgery Center, 350 Laird St, Wilkes-Barre, PA 18702-6982 |
| 5484003 | | Pennsylvania Physician Services, LLC, 5665 New Northside Dr., Atlanta, GA 30328-5831 |
| 5484004 | + | Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5484005 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5484006 | | Scranton Emergency Group, 746 Jefferson Ave., Scranton, PA 18510-1624 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5483989 | + | Email/Text: mnapoletano@ars-llc.biz | Jun 20 2024 19:03:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5483991 | + | Email/Text: feedback@cascadereceivables.com | Jun 20 2024 19:03:00 | Cascade Capital, LLC, 5341 Old Redwood Hwy, Petaluma, CA 94954-7127 |
| 5483996 | | Email/Text: tullio.deluca@verizon.net | Jun 20 2024 19:03:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5485413 | | Email/Text: bk@lendmarkfinancial.com | Jun 20 2024 19:03:00 | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014-3001 |
| 5483997 | | Email/Text: bk@lendmarkfinancial.com | Jun 20 2024 19:03:00 | Lendmark Financial Services, PO Box 2969, Covington, GA 30014-24634 |
| 5483995 | ^ | MEBN | Jun 20 2024 18:58:27 | Land Home Financial Services, 3611 S. Harbor Blvd., Suite 100, Santa Ana, CA 92704-7915 |
| 5484001 | | Email/Text: bankruptcies@penncredit.com | Jun 20 2024 19:03:00 | Penn Credit Corp., 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5484002 | | Email/Text: csc.bankruptcy@amwater.com | Jun 20 2024 19:03:00 | Pennsylvania American Water, P.O. Box 2798, Camden, NJ 08101-2700 |
| 5484007 | ^ | MEBN | Jun 20 2024 18:58:27 | Synergetic Communications, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |

| 5493702 | Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|
| | | Jun 20 2024 19:08:54 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5483993 | *+ | John R. Waznak, 1213 Court Street, Scranton, PA 18508-2103 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor EARNEST INC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Tullio DeLuca | on behalf of Debtor 1 John R. Waznak tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

John R. Waznak

              Debtor 1

Chapter: 13

Case No.: 5:22-bk-01258-MJC

Jack N. Zaharopoulos, Chapter 13 Trustee

vs.            Movant

John R. Waznak

           Respondent

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 82, Debtor's Objection thereto, and subsequent Withdrawal thereof, Dkt. #s 83 and 86, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 18, 2024